**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 21-60133-civ-Singhal/Valle

CYBELLE AQUINO,

                Plaintiff,

v.

FANNY HAIM & ASSOC., INC.,
FANNY HAIM ATELIER, LLC,
FANNY HAIM, DAVID HAIM,

                Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

      Plaintiff, CYBELLE AQUINO, by and through the undersigned counsel, hereby files this Certificate of Interested Parties and Corporate Disclosure Statement. The following persons, associated persons, firms, partnerships or corporations may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

      Cybelle Aquino - Plaintiff
      Fanny Haim & Assoc., Inc. - Defendant
      Fanny Haim Atelier, LLC - Defendant
      Fanny Haim - Defendant
      David Haim - Defendant
      Elliot Kozolchyk, Esq. - Plaintiff's Counsel
      Koz Law, P.A. - Plaintiff's Counsel's Firm
      Defendants' Counsel (if any)
      Defendants' Counsel's Firm (if any)

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791