UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60133-CIV-SINGHAL/VALLE

CYBELLE AQUINO,

    Plaintiff,

v.

FANNY HAIM & ASSOC., INC.,
FANNY HAIM ATELIER, LLC,
FANNY HAIM, AND
DAVID HAIM,

    Defendants.
_____/

## DEFENDANTS FANNY HAIM & ASSOC., INC.'S AND FANNY HAIM ATELIER, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Order Requiring Scheduling Report, Certificate of Interested Parties, and Statement of Claim and Response in FLSA Case (ECF No. 5), Defendants Fanny Haim & Assoc., Inc., and Fanny Haim Atelier, LLC, file this Corporate Disclosure Statement. Defendants certify that they do not have a parent corporation or a publicly held corporation that owns 10% or more of their stock.

Dated: February 17, 2021

By: /s/ Brian L. Lerner
Brian L. Lerner (Fla. Bar No. 177202)
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue, Suite 2001
Fort Lauderdale, Florida 33394
Telephone: (954) 527-1115
Facsimile: (954) 527-1116
E-mail: blerner@kvllaw.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By:   */s/ Brian L. Lerner*

## SERVICE LIST

| Brian L. Lerner | Elliot Kozolchyk |
|---|---|
| blerner@kvllaw.com | ekoz@kozlawfirm.com |
| Kim Vaughan Lerner LLP | Koz Law, P.A. |
| One Financial Plaza | 320 S.E. 9th Street |
| 100 SE Third Avenue, Suite 2001 | Fort Lauderdale, Florida 33316 |
| Fort Lauderdale, Florida 33394 | Telephone:   (786) 924-9929 |
| Telephone:   (954) 527-1115 | Facsimile:   (786) 358-6071 |
| Facsimile:   (954) 527-1116 | Attorneys for Plaintiff |
| Attorneys for Defendant | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via Transmission of Notices of Electronic Filing Generated by CM/ECF |