UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-60133-CIV-VALLE

CYBELLE AQUINO,

       Plaintiff,

v.

FANNY HAIM & ASSOC., INC.,
FANNY HAIM ATELIER, LLC,
FANNY HAIM, and
DAVID HAIM,

       Defendants.
_____/

**JOINT MOTION FOR JUDICIAL APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE OF THIS ACTION**

Plaintiff Cybelle Aquino, Defendant Fanny Haim & Assoc., Inc., Defendant Fanny Haim Atelier, LLC, Defendant Fanny Haim, and Defendant David Haim file their FLSA Settlement Agreement and Release, and respectfully request that the Court approve the parties' agreement and dismiss with prejudice this action. In support of this Motion, the parties' state as follows:

1. Due to the uncertainties and costs of litigation, the parties amicably settled this action, with Defendants expressly denying any liability.

2. This agreement was reached through arms-length negotiation in which Plaintiff was represented by counsel at all times. The agreement was reached knowingly and voluntarily and that there was no undue influence, overreaching, collusion, or intimidation.

3. Given that the parties have reached a fair and reasonable resolution of a bona fide dispute over FLSA provisions as evidenced by the agreement submitted to

the Court, the parties respectfully request that the Court approve the agreement, dismiss with prejudice all claims and causes of action asserted by Plaintiff, and retain jurisdiction for 150 days after dismissal to enforce the agreement.

WHEREFORE, the parties respectfully request that this Court grant this Motion, dismiss with prejudice all claims and causes of action asserted by Plaintiff, and retain jurisdiction for 150 days after dismissal to enforce the agreement.

Respectfully submitted,

| | |
|---|---|
| Koz Law, P.A.<br>320 S.E. 9th Street<br>Fort Lauderdale, Florida 33316<br>Telephone:  (786) 924-9929<br>Facsimile:  (786) 358-6071<br>E-mail:  ekoz@kozlawfirm.com<br><br>By: /s/ Elliot A. Kozolchyk<br>    Elliot A. Kozolchyk<br>    Fla. Bar No. 74791<br>    Counsel for Plaintiff | Kim Vaughan Lerner LLP<br>100 SE Third Avenue, Suite 2001<br>Fort Lauderdale, Florida 33394<br>Telephone:  (954) 527-1115<br>Facsimile:  (954) 527-1116<br>E-mail:  blerner@kvllaw.com<br><br>By: /s/ Brian L. Lerner<br>    Brian L. Lerner<br>    Fla. Bar No. 177202<br>    Counsel for Defendants |